# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHNNY WILLIAMS**
**ADC# 122694**                                                                                           **PLAINTIFF**

v.                            Case No.: 4:15-cv-00574-KGB/BD

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**, *et al*.                                            **DEFENDANTS**

## ORDER

Plaintiff Johnny Williams's motion to dismiss voluntarily without prejudice his petition for writ of *habeas corpus* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is granted (Dkt. No. 4). The Court dismisses voluntarily and without prejudice Mr. Williams's petition for writ of *habeas corpus*.

SO ORDERED this the 22nd day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE